UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARY CLARK, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 07-1917 (RBW) |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security Administration, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

    Mary Clark, the plaintiff in this civil lawsuit, seeks review of a final decision from the Social Security Administration denying her application for Social Security Disability Insurance Benefits. Complaint ¶¶ 3-4. Michael J. Astrue, the Commissioner of the Social Security Administration and the defendant in this lawsuit in his official capacity, filed his answer and a copy of the administrative record on March 20, 2008. That same day, the Court entered a minute order directing the parties to file a joint proposed briefing schedule on or before March 27, 2008.

    That deadline has passed, yet no proposed briefing schedule has been filed. The Court will therefore enter its own briefing schedule for the parties. The parties may, of course, seek to amend the Court's briefing schedule if they so desire, but the Court cautions them that it is not inclined to grant a unilateral request absent good cause or the consent of the opposing party.

    Accordingly, it is

    **ORDERED** that on or before April 28, 2008, the plaintiff shall file her motion for

summary judgment, if any she intends to file.  It is further

**ORDERED** that on or before May 28, 2008, the defendant shall file his opposition to the plaintiff's motion for summary judgment and cross-motion for summary judgment, if any, along with a consolidated memorandum of law.  It is further

**ORDERED** that on or before June 12, 2008, the plaintiff shall file her reply in support of her motion for summary judgment and cross-opposition to the defendant's cross-motion for summary judgment, if any, in a consolidated memorandum of law.  It is further

**ORDERED** that on or before June 19, 2008, the defendant shall file his cross-reply in support of his cross-motion for summary judgment, if any he intends to file.

**SO ORDERED** this 28th day of March, 2008.

REGGIE B. WALTON
United States District Judge